## HUMPHRIES *v.* STATE

[No. 201, September Term, 1958.]

*Decided March 13, 1959.*

The cause was argued before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

*William L. K. Barrett,* with whom was *Anthony J. Nolan* on the brief, for the appellant.

The Court declined to hear argument for the appellee.

*C. Ferdinand Sybert, Attorney General, James H. Norris, Jr., Special Assistant Attorney General, J. Harold Grady, State's Attorney for Baltimore City,* and *James W. Murphy, Assistant State's Attorney,* on the brief, for the appellee.

PER CURIAM.

We think the verdict of the trial court was supported by the evidence in this case, and this being the only point raised on appeal, the judgment must be affirmed.

*Judgment affirmed, with costs.*